

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

THE STATE OF TEXAS

     VS.                                 CAUSE NUMBER PD-0013-15

MICHAEL ERIC RENDON

## <u>ORDER</u>

The above styled and numbered cause was before this Court in Cause No. 12-8-26805-D from the 377TH District Court of Victoria County. On December 16, 2015, this Court issued an opinion affirming the Court of Appeals. Accordingly, the following exhibits are ordered returned to the District Clerk of Victoria County.

           1. Defense Exhibits:    1 through 11

     IT IS SO ORDERED THIS THE 8th DAY OF FEBRUARY, 2016

                         PER CURIAM

EN BANC

DO NOT PUBLISH